NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY R. SILER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5017

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-134, Judge Francis M. Allegra.

---

## ON MOTION

---

## ORDER

Stanley R. Siler's moves for "leave to proceed to The Supreme Court of the United States" regarding this court's order denying his motion for oral argument.

Leave from this court is not required if Siler seeks review by the Supreme Court pursuant to Rule 11 of the Supreme Court's Rules or pursuant to 28 U.S.C. § 2101(e).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as unnecessary.

FOR THE COURT

.

**FEB 1 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Stanley R. Siler
 Alexis J. Echols, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 1 7 2011**

**JAN HORBALY**
**CLERK**